■ The People of the State of New York, Respondent, v Jonathan Smith, Appellant. [913 NYS2d 624]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered April 21, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sexual act in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Carni, Lindley, Pine and Gorski, JJ.

■ The People of the State of New York, Respondent, v Tremell R. Jordan, Appellant. [913 NYS2d 625]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered January 20, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Carni, Lindley, Pine and Gorski, JJ.